

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00596-CV

Brown **SIMS,** P.C. and Nelson D. Skyler,
Appellants

v.

**L.W. MATTESON, INC.,** AGCS Marine Insurance Company, and New York Marine and
General Insurance Company,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-18-55
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The Appellees' Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to February 11, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court